## Fish v. Welch's Administrator.

(Decided December 19, 1913.)

### Appeal from Madison Circuit Court.

1. Appeal—Bill of Evidence—Absence of in Record.—There being no bill of evidence in the record, the court is unable to determine whether there was evidence to justify the alleged improper argument by the attorney.

2. Appeal—Absence of Bill of Evidence.—The pleadings are sufficient to support the judgment, and without the bill of evidence no other question can be considered.

J. A. SULLIVAN, S. M. WALLACE for appellant.

BURNAM & BURNAM for appellee.

OPINION OF THE COURT BY JUDGE TURNER—Affirming.

This is an action by appellant against John W. Welch, administrator of S. E. Welch, deceased, wherein appellant alleges that in December, 1909, she loaned to S. E. Welch $1,000, due on demand after date, and that he thereafter died in April, 1910, without having paid same. The answer denied that the money had been loaned, and upon a trial the jury found for the defendant, and the plaintiff appeals.

The attorneys, in their briefs argue the facts at length, but upon examination of the record it is disclosed there is no bill of evidence in it.

There is, however, a bill of exceptions reciting that the attorney for the defendant on the argument of the case referred to a certain record of the Madison County Court which was introduced in evidence, and said that the record had been prepared and "fixed" for the express purpose of using it as evidence in this case, and argued to the jury along that line.

The bill of evidence not being in the record we are unable to say whether the argument of the attorney was based upon any evidence before the jury, or whether it might have been fairly made from any evidence that was introduced.

The pleadings support the judgment, and there being nothing else before us, the judgment is affirmed.